UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HEFLIN BARRY GEORGE,                        JUDGMENT
                                            06-CV- 0102 (ARR)
                    Petitioner,

    -against-

THE HONORABLE FRANCIS J. HARVEY,

                    Respondent.
----------------------------------------------------------------X

   An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 7, 2006, dismissing the petition for a writ of habeas corpus with prejudice, without costs to either party as against the other; directing that the petitioner will be issued new orders to report for active duty on March 26, 2006; and ordering that the petitioner will report for active duty on March 26, 2006, and will take no further administrative or judicial action to seek a delay or exemption from reporting on that date; it is

   ORDERED and ADJUDGED that the petition for a writ of habeas corpus is dismissed with prejudice, without costs to either party as against the other; that the petitioner will be issued new order to report for active duty on March 26, 2006; and that the petitioner will report for active duty on March 26, 2006, and will take no further administrative or judicial action to seek a delay or exemption from reporting on that date.


Dated: Brooklyn, New York
       March 09, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court